IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PHILBERT GRAIG GRINSTEAD**                                        **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 3:15-CV-89-SA-SAA**

**BANK OF AMERICA, N.A.,**
**BANK OF NEW YORK MELLON, N.A., and**
**SPECIALIZED LOAN SERVICING, LLC**                         **DEFENDANTS**

**ORDER**

Pursuant to a Memorandum Opinion issued this day, the Court finds the following:

1) The Plaintiff's Motion for extension of time [13] is GRANTED.

2) The Plaintiff's Motion to file a sur-reply [27] is GRANTED

3) The Defendants' Motion to Strike [35] is DENIED.

4) The Defendants' Motion to Dismiss [6] is GRANTED in part, and DENIED in part.

   a. Defendant Bank of New York Mellon, N.A.'s Motion to Dismiss is DENIED as to Count II.

   b. Defendant Specialized Loan Servicing LLC's Motion to Dismiss is GRANTED as to Counts IV, VI, and VII.

5) Because Plaintiff withdrew his fifth cause of action, there are no remaining claims against Specialized Loan Servicing, LLC and they are DISMISSED as a party defendant.

**SO ORDERED this the 24th day of September, 2015.**

                                                              **/s/ Sharion Aycock**
                                                              **UNITED STATES DISTRICT JUDGE**