IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PHILBERT CRAIG GRINSTEAD                                                        PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:15-CV-89-SA-SAA

BANK OF AMERICA, N.A., and
BANK OF NEW YORK MELLON, N.A.                                              DEFENDANTS

ORDER

Per the Stipulation of Dismissal [46] filed on the docket, Defendant Bank of America, N.A. is dismissed with prejudice, and said Defendant's pending Motion for Judgment on the Pleadings [16] is terminated.

**SO ORDERED, this the 17th day of November 2015.**

                                                    /s/   Sharion Aycock                    
                                                  **UNITED STATES DISTRICT JUDGE**