IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PHILBERT CRAIG GRINSTEAD                                                              PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:15-CV-89-SA-SAA

BANK OF AMERICA, N.A.,
BANK OF NEW YORK MELLON, N.A., and
SPECIALIZED LOAN SERVICING, LLC                                                    DEFENDANTS

ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of Dismissal Without Prejudice [48] filed by Plaintiff and Defendant Bank of New York Mellon (f/k/a The Bank of New York) as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-4 ("BNYM"),

IT IS HEREBY ORDERED AND ADJUDGED that Bank of New York Mellon is DISMISSED without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Either party may move to reopen this case at such time as that party wishes to pursue this matter.

With all other Defendants already dismissed by other orders of this Court, this case is CLOSED.

**SO ORDERED this the 23rd day of November, 2015.**

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**